718

*Hughes* and *William Cogger* for petitioner.  *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for the United States.

No. 646. RICHMOND HOSIERY MILLS *v.* ROSE, FORMER COLLECTOR OF INTERNAL REVENUE.  March 4, 1935.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Messrs. W. A. Sutherland* and *Joseph B. Brennan* for petitioner.  *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 656. PHILADELPHIA CONTRIBUTIONSHIP FOR THE INSURANCE OF HOUSES FROM LOSS BY FIRE *v.* MacLAUGHLIN, ADMINISTRATRIX.  March 4, 1935.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.  *Messrs. Charles J. Biddle* and *F. E. S. Morrison* for petitioner.  *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. H. Brian Holland* and *Edward H. Horton* for respondent.

No. 664. MORLEY *v.* UNIVERSITY OF DETROIT.  March 4, 1935.  Petition for writ of certiorari to the Supreme Court of Michigan denied.  *Mr. Don M. Harlan* for petitioner.  No appearance for respondent.

No. 666. ATLANTIC COAST LINE R. Co. *v.* GILLIS.  March 4, 1935.  Petition for writ of certiorari to the Supreme Court of South Carolina denied.  *Messrs. Thomas W. Davis* and *F. L. Willcox* for petitioner.  *Mr. Louis M.*